UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:21-cv-02228-JPB

**EMORY BRANTLEY,**

    Plaintiff,

**v.**

**TIFFIN MOTOR HOMES, INC. and
DAIMLER TRUCKS NORTH
AMERICA, LLC,**

    Defendants.

## JOINT STIPULATION OF DISMISSAL

Plaintiff EMORY BRANTLEY, Defendant TIFFIN MOTOR HOMES, INC., and Defendant DAIMLER TRUCKS NORTH AMERICA, LLC, pursuant to Fed.R.Civ.P. 41 and settlement, hereby stipulate to the dismissal of this matter with prejudice, each party to beat their own attorney's fees and costs.

Respectfully submitted on this 4th day of April, 2022.

/s/ Joseph C. Proulx
Joseph C. Proulx, Esq.
Georgia Bar No.: 832707
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
jproulx@gsgfirm.com
*Attorneys for Plaintiff*
*\*w/express permission Ashley C Webber*

*Ashley C. Webber*
C. Bradford Marsh
Georgia Bar No. 471280
brad.marsh@swiftcurrie.com
Ashley C. Webber
Georgia Bar No. 083593
ashley.webber@swiftcurrie.com
SWIFT, CURRIE, McGHEE & HIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231
404-874-8800 (ph)
404-888-6199 (fax)
*Counsel for Defendants*

      The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated: _____, 2022

                                            _____
                                            **J.P. BOULEE**
                                            United States District Judge

4871-4879-4138, v. 1